RECORDING REQUESTED BY:
UNITED STATES ATTORNEY
DISTRICTS OF GUAM AND THE NMI

WHEN RECORDED, MAIL TO:

UNITED STATES ATTORNEY'S OFFICE
SIRENA PLAZA, SUITE 500
108 Hernan Cortez Avenue
HAGATNA, GUAM 96910
ATTN: Financial Litigation Unit
671-472-7332

**FILED**
DISTRICT COURT OF GUAM

DEC 19 2007

JEANNE G. QUINATA
Clerk of Court

# ABSTRACT OF JUDGMENT

Notice

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. §6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Addresses of Parties against whom judgments have been obtained | Names of Parties in whose favor judgments have been obtained |
|---|---|
| **JAMES CAMACHO FLORES**<br>Victorville, CA 92395<br><br>SSN: XXX-XX-9083<br>DOB: XX-XX-1963 | **UNITED STATES OF AMERICA**<br>CIV 00-00061 |

| Amount of Judgment | Names of Creditors' Attorneys | When Docketed |
|---|---|---|
| $13,713.00 + $822.78 interest to 7/21/1999 + $873.21 interest to 7/21/2000 + 6.0% interest to 1/31/2001 + 6.052% interest thereafter + $150.00 Costs | UNITED STATES ATTORNEY<br>SIRENA PLAZA, SUITE 500<br>108 HERNAN CORTEZ AVENUE<br>HAGATNA, GUAM 96910 | 01-31-2001<br>EOD 01-31-2001 |

UNITED STATES OF AMERICA,     CLERK'S OFFICE     U.S. DISTRICT COURT FOR THE DISTRICT OF GUAM
SS.

I CERTIFY, That the foregoing is a correct Abstract of Judgment entered or registered by this Court.

Date, DEC 19 2007 _____, 2007

JEANNE G. QUINATA, Clerk.

By: _____, Deputy Clerk.